_____

No. 96-1616EA
_____

Lenzy McCullough,                  *
                                   *
             Appellant,            *
                                   *   Appeal from the United States
    v.                             *   District Court for the Eastern
                                   *   District of Arkansas.
Shirley S. Chater, Commissioner    *
of Social Security                 *         [UNPUBLISHED]
Administration,  *
                                   *
             Appellee.             *
_____

Submitted:  February 7, 1997

Filed:   February 21, 1997
_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.
_____


PER CURIAM.


     Lenzy McCullough appeals the district court's grant of summary judgment affirming the Commissioner's decision to deny McCullough disability insurance and supplemental security income benefits.  After carefully reviewing the administrative record, we conclude the administrative law judge properly assessed and discounted McCullough's complaints of pain, see Polaski v. Heckler, 739 F.2d 1320, 1322 (8th Cir. 1984), and propounded an appropriate hypothetical question to the vocational expert, see Wingert v. Bowen, 894 F.2d 296, 298 (8th Cir. 1990). In sum, substantial evidence supports the decision of the Commissioner that McCullough is not disabled for Social Security purposes.  Finally, we reject McCullough's contention that he should receive widower's benefits because he neither applied for the benefits nor does he meet the eligibility requirements.  See 20 C.F.R. § 404.335 (1996).  We affirm the district court.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.